BENJAMIN A. HERBERT (State Bar No. 277356)
bherbert@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

LAWRENCE ROBERT LAPORTE
lawrence.laporte@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD and SMITH  LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiffs
HYPER ICE, INC., and HYPERICE IP SUBCO, LLC

Mark C. Johnson
mjohnson@rennerotto.com
RENNER OTTO
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
Telephone: (216) 736-3170
Facsimile: (216) 621-6165

Attorneys for Defendant MACY'S

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| HYPER ICE, INC. AND HYPERICE IP SUBCO, LLC,,<br><br>    Plaintiff,<br><br>    v.<br><br>MACY'S, INC.,<br><br>    Defendant. | CASE NO. 8:24-cv-00391-JWH-DFMx<br><br>**LEAD CASE**<br><br>CASE NO. 8:24-cv-00098-JWH-DFM<br><br>**JOINT STATUS REPORT** |

Pursuant to Dkt. 31, Plaintiffs Hyper Ice, Inc. and Hyperice IP Subco, LLC ("Hyper Ice") and Defendant Macy's Inc. ("Macy's") (collectively the "Parties") provide this joint status report regarding the status of the case captioned as *Hyper Ice, Inc., et al. v. MerchSource, LLC*, Case No. 8:24-cv-00410-JWH-DFM (C.D. Cal.) (the "MerchSource Litigation"). The MerchSource Litigation is still pending and there has been no entry of final judgment in the case. The Court consolidated the MerchSource Litigation into *Hyper Ice, Inc., et al. v. JOICOM Corp.*, Case No. 8:24-cv-00098-JWH-DFM (C.D. Cal.) for pretrial purposes through the Markman hearing. (Dkt. 26). The Markman hearing in the consolidated case occurred on April 23, 2025. (Dkt. 71). The Court has not yet issued a Markman order.

DATED: May 14, 2025         **MILLER BARONDESS, LLP**

By: _____
BENJAMIN A. HERBERT

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LAWRENCE R. LAPORTE

Attorneys for Plaintiffs HYPER ICE, INC., and HYPERICE IP SUBCO, LLC

DATED: May 14, 2025         **RENNER OTTO**

By:   */s/ Mark C. Johnson*
MARK C. JOHNSON

Attorneys for Defendant MACY'S, INC.

## SIGNATURE ATTESTATION

The other signatories listed, and on those behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 14, 2025         **MILLER BARONDESS, LLP**

By: _____
BENJAMIN A. HERBERT

Attorneys for Plaintiffs HYPER ICE, INC., and HYPERICE IP SUBCO, LLC